The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSE FELICIANO LUGO,<br><br>Defendant. | NO. CR18-217 RSM<br><br>**ORDER REGARDING CERTAIN RECORDS** |

The Court, having considered the government's motion regarding certain records (Dkt #343), the defendant's response and the government's reply, HEREBY orders the United States Pretrial Services and Probation Office to disclose to the United States Attorney's Office the phone number(s) provided by Jose Feliciano Lugo to the U.S. Pretrial Services and Probation Office, and which Lugo represented to be his phone number(s), between January 1, 2015, and August 23, 2016. The government also is permitted to use the records in any proceeding in this Court pertaining to Lugo.

//
//
//

DATED this 18th day of May, 2020.

                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Presented by:

BRIAN T. MORAN
United States Attorney

*/s/ William Dreher*
WILLIAM DREHER
Assisted United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER FOR RELEASE OF PROBATION RECORDS - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970