The Honorable Ricardo S. Martinez

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT FOR THE
7                      WESTERN DISTRICT OF WASHINGTON
                                    AT SEATTLE
8

9    UNITED STATES OF AMERICA,                    NO.  CR18-217 RSM

10                      Plaintiff

11                                                 ORDER GRANTING LEAVE
                                                   TO FILE OVER-LENGTH BRIEF IN
12              v.                                 RESPONSE TO DEFENDANT'S
                                                   MOTION TO SUPPRESS (Dkt. 447)
13   JOSE LUGO,

14
                        Defendant.
15

16
17          The Court, having reviewed the United States' Motion for Leave to File Over-

18   Length Brief, enters the following order:

19          IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS

20   permission for United States to file its Response to Defendant's Motion to Suppress

21   Evidence (Dkt. 447) in excess of 12 pages, but no more than 23 pages.

22          DATED this 19th day of August 2020.

23
24
25                                    RICARDO S. MARTINEZ
26                                    CHIEF UNITED STATES DISTRICT JUDGE

27
28