# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR18-217RSM |
| Plaintiff, | ORDER |
| v. | |
| BRADLEY WOOLARD, ET AL., | |
| Defendants. | |

The court has considered the motion by defendant JOSE LUGO to stay consideration of his Motion to Suppress (Dkt #447), as well as his interest in any motions he joint which were filed by his co-defendants (joinders at Dkt #448 through #455). Defendant's motion is GRANTED.

ORDERED this 21st day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1